# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:12 CV 312

| | | |
|---|---|---|
| EUGENE ALLEN BRADLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| BAXTER HEALTHCARE | ) | |
| CORPORATION and PHARMACIA & | ) | |
| UPJOHN COMPANY LLC, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**THIS MATTER** is before the court on Nicholas J. Voelker's Application for Admission to Practice *Pro Hac Vice* of Kimberely Bessiere Martin. It appearing that Kimberely Bessiere Martin is a member in good standing with the Alabama State Bar and will be appearing with Nicholas J. Voelker, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Nicholas J. Voelker's Application for Admission to Practice *Pro Hac Vice* (#14) of Kimberely Bessiere Martin is

**GRANTED**, and that Kimberely Bessiere Martin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Nicholas J. Voelker.

Signed: April 1, 2013

Dennis L. Howell
United States Magistrate Judge