IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 312

| | | |
|---|---|---|
| EUGENE ALLEN BRADLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| BAXTER HEALTHCARE | ) | |
| CORPORATION and PHARMACIA & | ) | |
| UPJOHN COMPANY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Gary Edwards' Application for Admission to Practice *Pro Hac Vice* of J. Carter Thompson. It appearing that J. Carter Thompson is a member in good standing with the Mississippi State Bar and will be appearing with Gary Edwards, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Gary Edwards' Application for Admission to Practice *Pro Hac Vice* (#22) of J. Carter Thompson is **GRANTED**, and that J. Carter Thompson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Gary Edwards.

Signed: May 8, 2013

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge